AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

<table>
<tr><td>United States of America<br>v.<br><br>Lee Mongerson GILLEY<br><br><br><br><br><br><br><br><br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Case No.    <b>4:26-mj-295</b></td></tr>
</table>

United States Courts
Southern District of Texas
FILED

*May 05, 2026*

Nathan Ochsner, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 1, 2026 _____ in the county of _____ Harris _____ in the _____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code 1073 | Interstate Flight to Avoid Prosecution |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Valerie Heinrich, Deputy U.S. Marshal
*Printed name and title*

Sworn to and signed by telephone.

Date: May 05, 2026

_____
*Judge's signature*

City and state:    Houston, TX

Richard W. Bennett, U.S. Magistrate Judge
*Printed name and title*

**4:26-mj-295**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Valerie Heinrich, being duly sworn by telephone, hereby depose and say:

(1)    I am a Deputy U.S. Marshal (DUSM) with the United States Marshals Service (USMS) and have served in that capacity since October of 2018. Prior to this position, I served as a United States Border Patrol Agent. I have over 10 years of immigration and criminal law enforcement experience.

(2)    On May 4, 2026, members of the Gulf Coast Violent Offenders Fugitive Taskforce (GCVOFTF), composed of several law enforcement agencies to include United States Marshals Service, began an investigation into Lee Mongerson GILLEY. GILLEY is a United States citizen and a fugitive wanted for the felony offense of capital murder resulting in the death of Christa Gilley and one unborn child.

### Capital Murder Event

(3)    On October 7, 2024, at approximately 11:31 pm, officers assigned to the Houston Police Department (HPD) Central Patrol Division responded to a call for service at 816 Allston Street, Houston, TX 77007. The call was made by Lee GILLEY and stated that his pregnant wife, Christa Gilley, (the victim), was non-responsive. The Houston Fire Department medics transported the victim to the Greater Heights Memorial Hermann Hospital. The victim was pronounced deceased at approximately 2:25 a.m. on October 8, 2024.

(4)    On October 9, 2024, at approximately 3:18 p.m., Dr. Riley Lochner, M.D., M.S., of the Harris County Institute of Forensic Sciences determined the victim's cause of death was due to compression of the neck and upper back.

(5)    On October 11, 2024, an arrest warrant was issued for GILLEY for the felony offense of capital murder in violation of Texas Penal Code § 19.03 in Criminal Case Number 188871201010. This case pending in the 497th District Court, Harris County, Texas. GILLEY was released on bond on October 17, 2024.

### Defendant's Flight

(6)    GILLEY was scheduled for trial on May 29, 2026. On May 1, 2026, GILLEY cut off his court-ordered GPS ankle monitor and fled the United States.

(7)    On May 4, 2026, the Harris County District Attorney's office requested assistance from GCVOFTF to help locate and apprehend GILLEY. On May 4, 2026, an arrest warrant was

issued for felony offense of capital murder resulting in the death of Christa Gilley and one unborn child.

(8)  On May 4, 2026, at approximately 8;40 p.m., INTERPOL Washington received an alert from INTERPOL Rome regarding GILLEY's whereabouts. On May 3, 2026, GILLEY, traveling under the name of "Lejeune Jean Luc Olivier", landed at the Milano Malpensa Airport in Milan, Italy, on Air Canada flight 894. GILLEY presented a passport and other Belgian identification documents to the Milan Border Police, which were found to be false and forged. GILLEY was rejected entry at the airport and taken into immigration custody.

(9)  While awaiting deportation, GILLEY admitted that his true identify was Lee Mongerson GILLEY and he was awaiting trial in the U.S. for the murder of his wife.

(10)  On May 4, 2026, DUSM Jessica Quintanilla was informed of GILLEY being detained. GILLEY is currently in custody with Italian authorities and has claimed asylum.

(11)  Based upon the information as described above, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 18 U.S.C. § 1073, Interstate Flight to Avoid Prosecution.

(12)  Element One: On or about the date alleged in the indictment, Defendant intended to avoid prosecution for the felony of capital murder; and

(13)  Element Two: Defendant thereafter traveled from one state to another and between one state and a foreign country.

Valerie Heinrich
Deputy U.S. Marshal
United States Marshals Service

Signed and sworn telephonically before me on this 5th day of May 2026, and I find probable cause.

Richard W. Bennett
U.S. Magistrate Judge